Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JOHN MANUEL MONTEZ
SHAREN LOUISE MONTEZ

CASE NO: 08-70322-HDH-13
HEARING DATE:  5/20/2009
HEARING TIME:  11:00 AM

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2006-08 and would respectively show unto to the Court as follows:

## I.
## OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 011 0 U | EXECUTIVE SERVICES | $87.00 | 012 0 U | HSBC | $2,698.00 |
| 017 0 U | MEDI-COMM SERVICES INC | $37.00 | 018 0 U | MIDLAND CREDIT MANAGEMENT | $891.00 |
| 032 0 U | ZALES | $2,235.00 | 041 0 U | EXECUTIVE SERVICES | $340.00 |

## II.
## SPECIFIC OBJECTIONS

No Objections

## III.
## TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 003 0 | INTERNAL REVENUE SERVICE | 02 INCOME TAXES | $4,396.00 | $2,955.08 | 5.00% | 60 | $54.26 PAID BY TRUSTEE |
| 021 0 * | TRIAD FINANCIAL CORP | 2000 DODGE DAKOTA/ROADLOANS | $5,367.37 | $5,400.00 | 10.00% | 60 | $127.14 PAID BY TRUSTEE |
| 028 0 | BURKBURNETT ISD | 08 PROPERTY TAXES--509 OAK; BURKBURNETT, TX | $925.84 | $7,678.57 | | | PD DIRECT BY DEBTOR |
| 029 0 * | WICHITA FURNITURE SALES & RENT | FURNITURE | $1,255.45 | $1,300.00 | 10.00% | 60 | $30.47 PAID BY TRUSTEE |
| | No payments will be made until a proof of claim is filed. | | | | | | |
| 030 0 * | WILSHIRE CREDIT CORP | HOME ARREARS THRU 08/08 | $4,648.70 | $87,281.00 | 10.00% | 60 | $113.30 PAID BY TRUSTEE |
| 035 0 * | CITIFINANCIAL AUTO LTD | 2007 GRAND CARAVAN | $19,787.21 | $20,000.00 | 10.00% | 60 | $462.71 PAID BY TRUSTEE |
| 040 0 | WILSHIRE CREDIT CORP | DIR PMT BEGIN 09/08 | $84,145.47 | $87,281.00 | | | PD DIRECT BY DEBTOR |
| 044 0 | WICHITA COUNTY | 08 PROPERTY TAXES--509 OAK; BURKBURNETT, TX | $842.58 | $7,678.57 | | | PD DIRECT BY DEBTOR |
| 045 0 | BURKBURNETT ISD | 07-08 PROPERTY TAXES--AIR JACKS & NON AIR JACKS/VARIOUS TOOLS | $156.44 | $850.00 | 12.00% | 60 | $3.54 PAID BY TRUSTEE |
| 046 0 | WICHITA COUNTY | 07-08 PROPERTY TAXES--AIR JACKS & NON AIR JACKS/VARIOUS TOOLS | $117.91 | $850.00 | 12.00% | 60 | $2.67 PAID BY TRUSTEE |

**PRIORITY CREDITORS**

| | | | | | |
|---|---|---|---|---|---|
| 038 0 | TEXAS CHILD SUPPORT DISBURSEMENT UNIT | CHILD SUPPORT/A MONTEZ | $1,637.56 | 60 | $32.75 PAID BY TRUSTEE |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 003 1 U | INTERNAL REVENUE SERVICE<br>*SPLIT CLAIM/02 INCOME TAXES* | $1,440.92 | 008 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/CAPITAL ONE* | $2,285.94 |
| 013 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/HSBC* | $556.65 | 014 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/JCPENNEY* | $301.87 |
| 016 0 U | SFC CENTRAL BANKRUPTCY & RECOVERY DEPT<br>*LOAN/MAVERICK* | $538.90 | 020 0 U * | PORTFOLIO RECOVERY ASSOCIATES LLC<br>*PURCHASES/CREDIT STORE -- LATE FILED* | $2,795.79 |
| 022 0 U | SALLIE MAE GUARANTEE SERVICES<br>*STUDENT LOAN* | $5,917.27 | 023 0 U | ROUNDUP FUNDING LLC<br>*PURCHASES* | $412.64 |
| 025 0 U | JEFFERSON CAPITAL SYSTEMS<br>*PURCHASES/TRIBUTE/COMPUCREDIT CORP.* | $980.96 | 026 0 U | TXU ENERGY RETAIL COMPANY<br>*PURCHASES* | $1,386.90 |
| 031 0 U | WORLD ACCEPTANCE CORPORATION<br>*LOAN* | $441.57 | 033 0 U | COTTONWOOD FINANCIAL<br>*PURCHASES/THE CASH STORE* | $433.50 |
| 042 0 U | ECAST SETTLEMENT CORPORATION<br>*PURCHASES/ORCHARD/HSBC* | $521.84 | 049 0 U | INTERNAL REVENUE SERVICE<br>*99-01 INCOME & 04 UNAS LIAB TAXES* | $31,248.98 |
| 057 0 U | INTERNAL REVENUE SERVICE<br>*PENALTY* | $15,654.28 | 060 0 U * | VERIZON WIRELESS<br>*PURCHASES*<br>*Not provided for in confirmed plan.* | $147.71 |
| 062 0 U * | GREEN TREE SERVICING LLC<br>*DEFICIENCY*<br>*Not provided for in confirmed plan.* | $23,489.63 | 063 0 U * | PORTFOLIO RECOVERY ASSOCIATES LLC<br>*PURCHASES*<br>*Not provided for in confirmed plan.* | $1,431.76 |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.
## TRUSTEE'S PLAN MODIFICATION

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

    No Modification Needed

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 5/20/2009 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

LIVE: US COURTHOUSE ROOM 222, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE. ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE. TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2006-08 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   3/17/2009                                                   /s/ Walter O'Cheskey

                                                                    _____
                                                                    Walter O'Cheskey
                                                                    Chapter 13 Trustee

```
ANASTASIA MONTEZ 1302 CRAPPIE HAVEN RD  HOLLIDAY TX 76366
ASSISTANT ATTORNEY GENERAL C/O SHELLY M HORTON 4630 50TH STREET SUITE 300 LUBBOCK TX 79414
BURKBURNETT ISD PO BOX 608  BURKBURNETT TX 76354
CAPITAL ONE BANK PO BOX 85520  RICHMOND VA 23285
CITIFINANCIAL AUTO 2208 HWY 121 STE 100  BEDFORD TX 76021
CITIFINANCIAL AUTO LTD PO BOX 182287  COLUMBUS OH 43218
COTTONWOOD FINANCIAL 1901 GATEWAY DRIVE SUITE 200  IRVING TX 75038
CURTIS O BARNES PC PO BOX 1390  ANAHEIM CA 92815
ECAST SETTLEMENT CORPORATION PO BOX 35480  NEWARK NJ 07193
EXECUTIVE SERVICES 1200 AUSTIN ST  WICHITA FALLS TX 76301
GREEN TREE 7360 S KYRENE RD MAIL STOP T120 TEMPE AZ 85283
GREEN TREE SERVICING LLC 345 SAINT PETER STREET L800R  SAINT PAUL MN 55102
HSBC PO BOX 15519  WILMINGTON DE 19850
HSBC PO BOX 5253  CAROL STREAM IL 60197
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75248
JC PENNEY PO BOX 103106  ROSWELL GA 30076
JC PENNEY PO BOX 533  DALLAS TX 75221
JEFFERSON CAPITAL SYSTEMS LLC PO BOX 7999  SAINT CLOUD MN 56302
JEFFERSON CAPITAL SYSTEMS PO BOX 23051  COLUMBUS GA 31902
JOHN MANUEL MONTEZ & SHAREN LOUISE MONTEZ 509 OAK  BURKBURNETT TX 76354
MAVERICK FIN PO DRAWER 811  SPARTANBURG SC 29304
MEDI-COMM SERVICES INC 5139 69TH STREET  LUBBOCK TX 79424
MIDLAND CREDIT MANAGEMENT 8875 AERO DRIVE SUITE 200  SAN DIEGO CA 92123
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PINNACLE TRANSPORTATION 2150 SOUTH COUNTRY CLUB DR STE 30  MESA AZ 85210
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 12914  NORFOLK VA 23541
PORTFOLIO RECOVERY ASSOCIATES PO BOX 41067  NORFOLK VA 23541
ROAD LOANS.COM 5201 RUFE SNOW DRIVE #400  NORTH RICHARD HILLS TX 76180
ROUNDUP FUNDING LLC PO BOX 91121 MS 550 SEATTLE WA 98111
SALLIE MAE 1002 ARTHUR DR  LYNN HAVEN FL 32444
SALLIE MAE GUARANTEE SERVICES DEPOSIT OPERATIONS PO BOX 7167, 8301 INDIANAPOLIS IN 46206
SALLIE MAE PO BOX 9430  WILKES-BARRE PA 18773
SFC CENTRAL BANKRUPTCY & RECOVERY DEPT 209 DAWSON RD STE 4-B  COLUMBIA SC 29223
TARGET NATIONAL BANK PO BOX 9475  MINNEAPOLIS MN 55440
TEXAS CHILD SUPPORT DISBURSEMENT UNIT PAYMENT ONLY PO BOX 659791 SAN ANTONIO TX 78265
THE CASH STORE 3900 SHEPPARD ACCESS ROAD  WICHITA FALLS TX 76308
TRIAD FINANCIAL CORP 5201 RUFE SNOW DR STE 400  NORTH RICHLAND HILLS TX 76180
TRIBUTE PO BOX 105555  ATLANTA GA 30348
TXU ENERGY 200 W JOHN CARPENTER FWY  IRVING TX 75039
TXU ENERGY RETAIL COMPANY C/O BANKRUPTCY DEPARTMENT PO BOX 650393 DALLAS TX 75265
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
VERIZON WIRELESS 618 GRASSMERE PARK SUITE 14  NASHVILLE TN 37211
VERIZON WIRELESS PO BOX 3397  BLOOMINGTON IL 61702
WICHITA CO CITY OF BURKBURNETT BURK ISD C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
WICHITA COUNTY PO BOX 1471  WICHITA FALLS TX 76307
WICHITA FURNITURE SALES & RENT 1000 INDIANA STREET  WICHITA FALLS TX 76301
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
WILSHIRE CREDIT CORP PO BOX 8517  PORTLAND OR 97207
WILSHIRE CREDIT CORPORATION PO BOX 1650  PORTLAND OR 97207
WORLD ACCEPTANCE CORPORATION ATTN: BANKRUPTCY PROCESSING CENTER PO BOX 6429 GREENVILLE SC 29606
WORLD FINANCE CORP 928 INDIANA STREET  WICHITA FALLS TX 76301
ZALES PO BOX 6497  SIOUX FALLS SD 57117
```